UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES C. KELLY,

          Plaintiff,

     v.

GOVERNOR NEWSOM, et al.,

          Defendants.

Case No. 26-cv-00687-JST

**ORDER OF TRANSFER**

Plaintiff, an inmate currently housed at Kern Valley State Prison ("KVSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against California Governor Gavin Newsom; and KVSP warden Pat Horn and doctor Shubhansini Devine.  The events or omissions giving rise to Plaintiff's claim(s) occurred at KVSP; Governor Newsom presumably resides and works in Sacramento, the state capital; and defendants Horn and Devine work at KVSP.  Kern Valley State Prison is located in Delano County and Sacramento is located in Sacramento County.  Both counties lie within the venue of the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  *See id.* § 1391(b).  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated:  February 2, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California